**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

December 26, 2023

**By ECF**

Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

      Re:    *Samuel Wood v. National Park Service et al.*
               Civil Action No. 23-cv-6249 (NJC)(AYS)

Dear Magistrate Judge Shields:

     This Office represents Defendants National Park Service, Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior, and Alexcy Romero, in his official capacity as Superintendent of the Fire Island National Seashore, in the above action brought by Plaintiff under the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.* (the "APA").

     Further to the parties' discussion with the Court during the initial conference conducted on December 20, 2023, the parties have conferred and agreed that Defendants will serve and file the administrative record on or before January 12, 2024.

                                     Respectfully submitted,

                                     BREON PEACE
                                     United States Attorney

                   By:   _____

                          James H. Knapp
                          Assistant United States Attorney
                          (631) 715-7879

cc:    **By ECF**
       Timothy D. Sini, Esq.
       Neil P. Diskin, Esq.
       Nixon Peabody, LLP
       Counsel for Plaintiff