**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

January 12, 2024

**By ECF**

Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

    Re:    *Samuel Wood v. National Park Service et al.*
             Civil Action No. 23-cv-6249 (NJC)(AYS)

Dear Magistrate Judge Shields:

    This Office represents Defendants National Park Service, Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior, and Alexcy Romero, in his official capacity as Superintendent of the Fire Island National Seashore ("Defendants"), in the above action brought by Plaintiff under the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.* (the "APA").

    Defendants respectfully submit this letter to advise the Court that Defendants have provided Plaintiff with the Administrative Record ("AR") in this case. Defendants await the Court's decision on Defendants' application, to which Plaintiff consents, to file the AR so that it is viewable by case participants only. *See* Docket No. 18.

    Respectfully submitted,

    BREON PEACE
    United States Attorney

By: _____
     James H. Knapp
     Assistant United States Attorney
     (631) 715-7879

cc:    **By ECF**
       Timothy D. Sini, Esq.
       Neil P. Diskin, Esq.
       Nixon Peabody, LLP
       Counsel for Plaintiff