UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| SAMUEL WOOD, | Civil Action No. 23-CV-6249 |
| Plaintiff, | |
| -against- | (Choudhury, J.) (Shields, M.J.) |
| NATIONAL PARK SERVICE, DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, and ALEXCY ROMERO, in his official capacity as Superintendent of the Fire Island National Seashore, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF SONIA TAIANI
## CERTIFYING THE ADMINISTRATIVE RECORD

I, Sonia Taiani, do make the following declaration:

1. I am a Concessions Management and Permit Specialist with the National Park Service ("NPS") assigned to Fire Island National Seashore ("FINS"). I have been employed at Fire Island National Seashore in various positions since June 1992.

2. As the Concessions Management and Permit Specialist for FINS, I am the custodian of the documents and files relating to the NPS's decisions on Plaintiff Samuel Wood's 2020 driving permits.

3. Based on my official knowledge and information and except as indicated, I hereby certify that the complete Administrative Record, including true and correct copies of all relevant documents considered by the NPS in its decision, are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Executed this 27 day of March 2024

By: _____
Sonia Taiani
Concessions Mgmt. & Permit Specialist
NPS, FINS
120 Laurel Street

Patchogue, New York 11772

Case 2:23-cv-06249-NJC-AYS   Document 29   Filed 03/28/24   Page 2 of 2 PageID #: 373