UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SAMUEL WOOD,

               Plaintiff,

-against-

NATIONAL PARK SERVICE, DEBRA
HAALAND, in her official capacity as
Secretary of the United States Department
of the Interior, and ALEXCY ROMERO,
in his official capacity as Superintendent
of the Fire Island National Seashore,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

Civil Action No.
23-cv-6249

(Choudhury, J.)
(Shields, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Melville, New York
       July 9, 2024

NIXON PEABODY LLP
*Counsel for Plaintiff*
275 Broadhollow Road, Suite 300
Melville, New York 11747-4808

By: _____
Timothy D. Sini, Esq.
Neil P. Diskin, Esq.
(516) 832-4140
tsiniq@nixonpeabody.com
ndiskin@nixonpeabody.com

Dated: Central Islip, New York
       July 9, 2024

BREON PEACE
United States Attorney
*Counsel for Defendants*
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, New York 11722

By: _____
James H. Knapp
Assistant United States Attorney
(631) 715-7879
james.knapp@usdoj.gov